# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KENDAL NICKOLE TORRES AZUAJE,

    Petitioner,

v.

DORA CASTRO, in her official capacity as Warden of the Otero County Processing Center; MARISA FLORES, in her official capacity as Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; TODD M. LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; PAMELA BONDI, in her official capacity as Attorney General of the United States; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security

    Respondents.

Case No. 2:26-cv-00152-MIS-KRS

## ORDER GRANTING VERIFIED PETITION FOR WRIT OF HABEAS CORPUS

**THIS MATTER** is before the Court on Petitioner Kendal Nickole Torres Azuaje's Verified Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, filed January 25, 2026. Two days later, January 27, 2026, the Court issued an Order Directing Service and Order to Show Cause ("Order"), ECF No. 2, which, inter alia, instructs that "Respondents shall respond to the Petition and **SHOW CAUSE** why the Petition shall not be granted within **three (3) days** of service of the Petition." Order at 2. Respondents Marisa Flores, Todd M. Lyons, Pamela Bondi, and Kristi Noem

("Federal Respondents"),[1] were served by Certified Mail on February 2, 2026, see U.S. Postal Service tracking number in Certificate of Service, ECF No. 10-1, but did not file a Response within the required three (3) days, see Order at 2, ECF No. 2. To date, no Federal Respondent has responded to the Petition or otherwise shown cause why the Petition should not be granted. Consequently, the Court will treat the Petition as uncontested and **GRANT** the Petition.

Additionally, and alternatively, the Court has carefully reviewed the Petition and, accepting the facts as true and uncontested, the Court finds that relief should be granted on the merits for the reasons articulated by this Court in Lopez-Romero v. Lyons, Case No. 2:25-cv-01113-MIS-JHR, 2026 WL 92873 (D.N.M. Jan. 13, 2026).

Accordingly, it is **HEREBY ORDERED** that:

1. Petitioner Kendal Nickole Torres Azuaje's Petition for Writ of Habeas Corpus, ECF No. 1, is **GRANTED**;

2. Respondents are **ORDERED** to immediately release Petitioner from detention;

3. Respondents **SHALL NOT** re-detain Petitioner without a pre-deprivation hearing before a neutral Immigration Judge pursuant to 8 U.S.C. § 1226(a), at which the Government must prove by clear and convincing evidence that Petitioner is a danger or flight risk; and

---

[1] Respondent Dora Castro, Warden of the Otero County Processing Center, appeared but did not file a response in this case. Instead, she filed a Notice of Joinder in Federal Respondents' forthcoming claims and defenses. ECF No. 12. It has become standard practice in these habeas cases for the warden of the relevant detention center to either appear and adopt the federal respondents' arguments, see, e.g., Intriago-Sedgwick v. Noem, Case No. 1:25-cv-01065-MIS-LF, Notice of Joinder In USA Respondents' Forthcoming Claims and Defenses, ECF No. 11 (D.N.M. Dec. 3, 2025), or not appear at all, see Francisco v. Dedos, Case No. 1:25-cv-01229-MIS-GJF, Proposed Findings and Recommended Disposition at 8, ECF No. 53 (D.N.M. Jan. 20, 2026).

4. The Court will separately enter Final Judgment in favor of Petitioner but retain jurisdiction over this matter to ensure compliance with this Order and to entertain any motions for attorneys' fees.

*Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

3